**Rhonda A. MCKOY, Plaintiff—Appellant,**

v.

**R. James NICHOLSON, Secretary, Department of Veterans Affairs, Defendant—Appellee.**

No. 08–1407.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 9, 2008.

Decided: Jan. 7, 2009.

Daniel F. Read, Durham, North Carolina, for Appellant. George E.B. Holding, United States Attorney, Anne M. Hayes, Lora M. Taylor Tripp, Assistant United States Attorneys, Raleigh, North Carolina, for Appellee.

Before MICHAEL and SHEDD, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rhonda McKoy appeals from the district court's order granting summary judgment in favor of the Department of Veterans Affairs in McKoy's employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McKoy v. United States Dep't of Veterans Affairs,* No. 5:06–cv–00217–BO (E.D.N.C. Mar. 10, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*